IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | 8:03CR338 |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| DAVID W. BAKER and ) | |
| JOHN P. HAGAN, ) | |
| ) | |
| Defendants. ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 19th day of May, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE