IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR338-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| DAVID W. BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a pro se "motion of inquiry and to appoint counsel" attaching another motion all of which essentially complains that a conviction in the State of Iowa may interfere with the defendant's ability to complete a drug treatment program offered by the Federal Bureau of Prisons.  Specifically, the defendant wants help in requiring the Iowa court to make its sentence run concurrent with the federal sentence.  According to the defendant, the Iowa court has refused to do so.

Because the court has no power to do what the defendant requests,

IT IS ORDERED that the defendant's motion for inquiry and appointment of counsel and the attached motion (filing 110) is denied.

DATED this 26th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge